IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANGELA HOLLY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:16-cv-531-CHW |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | Social Security Appeal |
| | : | |
| Defendant. | : | |

### ORDER

A review of the docket of this case shows a pending consent motion for attorney's fees, which was filed in July 2021 but never granted by the Court. (Doc. 27). An exhibit to the pending motion reflects that the Social Security Administration withheld a contingent fee from Plaintiff's past due benefits. (Doc. 27-2). No further motion or inquiry has been submitted since the pending motion was filed nearly two years ago. To ensure the fees have not already been remitted to Plaintiff or her counsel, thus mooting the pending motion, the Court **DIRECTS** Plaintiff's counsel to provide a brief report regarding the status of the attorney's fees in this case or to file a supplemental motion if counsel believes one may be required. The status update or supplemental motion should be filed by June 9, 2023.

**SO ORDERED**, this 26th day of May, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1