IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ANGELA HOLLY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:16-cv-531-CHW |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | Social Security Appeal |
| | : | |
| Defendant. | : | |

## ORDER

The Court previously ordered Plaintiff's counsel to provide a status report regarding the pending motion for attorney's fees or to file a supplemental motion for attorney's fees by June 9, 2023. (Docs. 27, 28). After no response was filed, the Court ordered Plaintiff to show cause why the motion for attorney's fees should not be dismissed for failure to respond to the Court's order and to provide additional information as directed. (Doc. 29). Again, Plaintiff failed to respond. Therefore, under Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff's motion for attorney's fees (Doc. 27) is hereby **DISMISSED**.

**SO ORDERED**, this 27th day of July, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge